**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**


DIANA L. TAYLOR                                                        PLAINTIFF

V.                                      NO. 4:06CV00433 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                 DEFENDANT


## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED,

ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision

of the Commissioner, and remanding this case to the Commissioner for further proceedings

pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of September, 2007.


_____
UNITED STATES MAGISTRATE JUDGE